UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY HUGH CHRISTY, | ) |
| | ) |
| Petitioner, | ) CASE NO. C11-0599-RSM |
| | ) |
| v. | ) |
| | ) ORDER DENYING PETITION FOR |
| MARION FEATHER, | ) WRIT OF HABEAS CORPUS |
| | ) |
| Respondent. | ) |
| | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's return, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 7) is DENIED and this action is DISMISSED with prejudice; and

//

//

//

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS
PAGE - 1

(3)  The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 3rd day of November 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE